**Michael Gerard KENDRICK, Appellant,**

v.

**STATE of Florida, Appellee.**

No. 5D15–3730.

District Court of Appeal of Florida,
Fifth District.

July 15, 2016.

James S. Purdy, Public Defender, and Kevin R. Holtz, Assistant Public Defender, Daytona Beach, for Appellant.

Michael Gerard Kendrick, Ocala, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

In this Anders [1] appeal, a review of the record shows no apparent reversible error. *See State v. Causey,* 503 So.2d 321 (Fla. 1987). Following a proper plea colloquy, Michael Gerard Kendrick ("Appellant") entered a guilty plea, accepting the trial court's offer of a two-year prison sentence. Appellant never moved to withdraw his plea in the trial court but now seeks a direct appeal challenging the voluntariness of his plea based on the advice of his trial counsel. Because Appellant did not properly preserve this issue for purposes of a direct appeal with the trial court, he must raise the issue through a timely motion for postconviction relief under Florida Rule of Criminal Procedure 3.850. Accordingly, we affirm Kendrick's conviction and sentence without prejudice to his ability to file a timely Rule 3.850 motion.

AFFIRMED.

BERGER, WALLIS and LAMBERT, JJ., concur.

---

1. *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).